B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Woodridge Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Jackson Moving and Storage** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4423355** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 Frontenac Road**<br>**Naperville, IL**<br>ZIP Code **60563** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(12/11) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodridge Holdings, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Woodridge Holdings, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X**  **/s/ Joel A. Schechter**<br>Signature of Attorney for Debtor(s)<br>  **Joel A. Schechter 3122099**<br>Printed Name of Attorney for Debtor(s)<br>  **Law Offices of Joel A. Schechter**<br>Firm Name<br>  **53 West Jackson Blvd**<br>  **Suite 1522**<br>  **Chicago, IL 60604**<br>Address<br><br>        **Email: joelschechter@covad.net**<br>  **312-332-0267  Fax: 312-939-4714**<br>Telephone Number<br>  **February  3, 2012**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  **/s/ Steven Kahn**<br>Signature of Authorized Individual<br>  **Steven Kahn**<br>Printed Name of Authorized Individual<br>  **President**<br>Title of Authorized Individual<br>  **February  3, 2012**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Woodridge Holdings, Inc.**              Case No.
                    Debtor(s)                   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABC Moving & Storage<br>12 Bockes Road<br>Hudson, NH 01510 | ABC Moving & Storage<br>12 Bockes Road<br>Hudson, NH 01510 | | | 3,863.50 |
| Adan Casillas<br>1662 Kimberly Lane<br>Romeoville, IL 60446 | Adan Casillas<br>1662 Kimberly Lane<br>Romeoville, IL 60446 | | | 13,528.09 |
| Alliance Relocation Services<br>110 Limestone Plaza<br>Fayetteville, NY 13066 | Alliance Relocation Services<br>110 Limestone Plaza<br>Fayetteville, NY 13066 | | | 15,548.60 |
| Andres Bolanos<br>1653 Howard Ave<br>Des Plaines, IL 60018 | Andres Bolanos<br>1653 Howard Ave<br>Des Plaines, IL 60018 | | | 10,162.65 |
| Bob Anderson<br>5932 Meadow Drive<br>Lisle, IL 60532 | Bob Anderson<br>5932 Meadow Drive<br>Lisle, IL 60532 | | | 3,182.68 |
| Carlos Galvez<br>6674 Hedgewood Road<br>Rockford, IL 61108 | Carlos Galvez<br>6674 Hedgewood Road<br>Rockford, IL 61108 | | | 35,936.83 |
| Cristobal Ruiz<br>142 N. Villa Road<br>Villa Park, IL 60181 | Cristobal Ruiz<br>142 N. Villa Road<br>Villa Park, IL 60181 | | | 3,250.00 |
| First Midwest Bank<br>24509 W. Lockport St.<br>Plainfield, IL 60544 | First Midwest Bank<br>24509 W. Lockport St.<br>Plainfield, IL 60544 | | | 9,864.92 |
| First National Bank of Brookfield<br>9136 Washington Ave<br>Brookfield, IL 60513 | First National Bank of Brookfield<br>9136 Washington Ave<br>Brookfield, IL 60513 | | | 133,810.00 |
| Hassett Commercial Moving/Storage<br>951 North Main Street<br>#F<br>Lombard, IL 60148 | Hassett Commercial Moving/Storage<br>951 North Main Street<br>#F<br>Lombard, IL 60148 | | | 4,550.00 |
| Humana, Inc.<br>P.O. Box 528<br>Carol Stream, IL 60132-0528 | Humana, Inc.<br>P.O. Box 528<br>Carol Stream, IL 60132-0528 | | | 6,317.79 |

<6>
<6>

B4 (Official Form 4) (12/07) - Cont.

In re **Woodridge Holdings, Inc.**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JF Specialties, Inc.<br>10 S 151 Ramm Drive<br>Unit 104<br>Naperville, IL 60564 | JF Specialties, Inc.<br>10 S 151 Ramm Drive<br>Unit 104<br>Naperville, IL 60564 | | | 6,300.00 |
| Lambert Transfer & Storage, Inc.<br>1102 Fox Trail<br>P.O. Box 939<br>Opelika, AL 36801 | Lambert Transfer & Storage, Inc.<br>1102 Fox Trail<br>P.O. Box 939<br>Opelika, AL 36801 | | | 4,323.09 |
| PB Frontenac Naperville, LLC<br>P.O. Box 310300<br>Des Moines, IA 50331-0300 | PB Frontenac Naperville, LLC<br>P.O. Box 310300<br>Des Moines, IA 50331-0300 | | Disputed | 249,657.03 |
| Piepho Moving & Storage<br>2995 Lone Oak Circle<br>Suite 7<br>Eagan, MN 55121-1431 | Piepho Moving & Storage<br>2995 Lone Oak Circle<br>Suite 7<br>Eagan, MN 55121-1431 | | | 17,124.00 |
| Sirva Agency Services<br>24277 Network Place<br>Chicago, IL 60673-1277 | Sirva Agency Services<br>24277 Network Place<br>Chicago, IL 60673-1277 | | | 94,865.19 |
| The New Haven Companies<br>4801 Solution Center<br>Chicago, IL 60677 | The New Haven Companies<br>4801 Solution Center<br>Chicago, IL 60677 | | | 34,483.00 |
| Tim Schenkel<br>244 Paradise Parkway<br>Oswego, IL 60543 | Tim Schenkel<br>244 Paradise Parkway<br>Oswego, IL 60543 | | | 30,477.23 |
| Victory Packaging<br>P.O. Box 844138<br>Dallas, TX 75284 | Victory Packaging<br>P.O. Box 844138<br>Dallas, TX 75284 | | | 11,657.00 |
| Wells Fargo Financial<br>P.O. Box 7777<br>San Francisco, CA 94120 | Wells Fargo Financial<br>P.O. Box 7777<br>San Francisco, CA 94120 | | | 3,318.49 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 3, 2012**      Signature **/s/ Steven Kahn**
                                                           **Steven Kahn**
                                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

.

A,T & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


ABC Moving & Storage
12 Bockes Road
Hudson, NH 01510


Accurate Document Destruction
P.O. Box 91957
Elk Grove Village, IL 60007


Accurate Scale Company
1735 West 38th Street
Chicago, IL 60609


Adan Casillas
1662 Kimberly Lane
Romeoville, IL 60446


Alliance Relocation Services
110 Limestone Plaza
Fayetteville, NY 13066


Allied Agents Association
1801 N. Mill Street
Suite L
Naperville, IL 60563


American Moving & Storage Assn.
1611 Duke Street
Alexandria, VA 22314-3482


Andres Bolanos
1653 Howard Ave
Des Plaines, IL 60018


Apex Material Handling Corp
391 Charles Court
West Chicago, IL 60185


Asset Controls, Inc.
3460 Hollenberg Dr.
Suite 100
Bridgeton, MO 63044

```
Berger Transfer & Storage
Nw 7215, P.O. Box 1450
Minneapolis, MN 55485-7215


Beth Powers
737 W. Bauer
Naperville, IL 60563


Bob Anderson
5932 Meadow Drive
Lisle, IL 60532


Brad Raczka
2632 W. Coyote Creek Drive
Phoenix, AZ 85086


Carlos Galvez
6674 Hedgewood Road
Rockford, IL 61108


Cintas Corporation
P.O. Box 7759
Romeoville, IL 60446


Cit Technology Fin Serv Inc.
21146 Network Place
Chicago, IL 60673-1211


City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1298


Coleman American Mov Svs Inc.
P.O. Box 150387
Ogden, UT 84415


Colonial Van & Storage
5901 88th Street
#700
Sacramento, CA 95828-1111


ComEd
Bill Payment Center
Chicago, IL 60668-0001
```

Cristobal Ruiz
142 N. Villa Road
Villa Park, IL 60181


EBSCO Research LLC
1447 Peachtree St.
Suite 1050
Atlanta, GA 30309


Federal Companies
P.O. Box 1329
Peoria, IL 61654


Ferrellgas Company
P.O. Box 17390
Denver, CO 80217-3940


First Midwest Bank
24509 W. Lockport St.
Plainfield, IL 60544


First National Bank of Brookfield
9136 Washington Ave
Brookfield, IL 60513


Ford Storage & Moving
7402 L Street
Omaha, NE 68127


Furniture Clinic
2057 Collins Blvd SW
Austell, GA 30106


Furniture Medic
327 Estate Drive
Johnstown, CO 80534


Globalcom, Inc.
P.O. Box 71-5248
Columbus, OH 43271


Green Machine Towing
8916 Schoger Drive
Naperville, IL 60564

```
Griffin Specialty Services Inc.
P.O. Box 296
Kirksville, MO 63501


Hassett Commercial Moving/Storage
951 North Main Street
#F
Lombard, IL 60148


Horizon Management Service, LLC
3301 E. John
Seattle, WA 98112-4938


Humana, Inc.
P.O. Box 528
Carol Stream, IL 60132-0528


Iloca Services, Inc.
1900 N. Aurora Road
Naperville, IL 60563


Image Restoration Service
127 W. Locust
Belvidere, IL 61008-0489


Janelle Petersen
9208 Anthony Lane
Spring Grove, IL 60081


Jaroslaw Gadek
1621 Palomino Drive
San Jacinto, CA 92582


JF Specialties, Inc.
10 S 151 Ramm Drive
Unit 104
Naperville, IL 60564


Johas Software USA, Inc.
Box No. 3476, P.O. Box 8500
Philadelphia, PA 19178


John Jones
4300 Dobbins Street
Plano, IL 60545
```

Kevin Hummert
W4000 Schmidt Road
Lyndon Station, WI 53944

Konica Minolta Business Solutions
Dept. CH 19188
Palatine, IL 60055-9188

Lambert Transfer & Storage, Inc.
1102 Fox Trail
P.O. Box 939
Opelika, AL 36801

Macke Water Systems
P.O. Box 545
Wheeling, IL 60090-0545

Maclyn Group
1985 Ohio Street
Lisle, IL 60532

Melody Kleuser
6811 Whitter Lane
Colleyville, TX 76034

Minuteman Press
1577 Naperville/Wheaton Road
Naperville, IL 60563

Morse Moving & Storage, Inc.
27651 Hildebrandt
Suite 100
Romulus, MI 48174

Naperville Chamber of Commerce
55 S. Main St.
ATE 351
Naperville, IL 60540-5381

NC Texas
2001 Marina Blvd
San Leandro, CA 94577-3204

```
Neopost, Inc.
P.O. Box 45800
San Francisco, CA 94145-0800


PB Frontenac Naperville, LLC
P.O. Box 310300
Des Moines, IA 50331-0300


Piepho Moving & Storage
2995 Lone Oak Circle
Suite 7
Eagan, MN 55121-1431


Pomp's Tire Service, Inc.
P.O. Box 1630
Green Bay, WI 54305-1630


Prager Moving & Storage
P.O. Box 2197
Naperville, IL 60567-2197


Prestige Moving & Storage
7930 S.W. Burns Way
Wilsonville, OR 97070


Prigge Auctions
P.O. Box 1132
Elgin, IL 60121


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Rick Kinser
16 Franklin Street
Oneonta, NY 13820


Rochelle Community Hospital
900 N. Second St
Rochelle, IL 61068


Rose Exterminator Co.
19 W 050 North Ave.
Lombard, IL 60148
```

```
Rose Moving & Storage
41775 Ecorse Road
Suite 190
Belleville, MI 48111


Rose Smit
P.O. Box 404
Palos Park, IL 60464


Ryan & Melissa Sullivan
23308 W. 53rd St.
Shawnee, KS 66226


Ryd Law Group, P.C.
1900 Spring Road
Suite 216
Oak Brook, IL 60523


Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693


Sandra Morgan
1468 Cress Creek Court
Naperville, IL 60563


Sentry Security, Inc.
P.O. Box 1289
Bridgeview, IL 60455-0289


Shell Fleet
P.O. Box 183019
Columbus, OH 43218-3019


Sirva Agency Services
24277 Network Place
Chicago, IL 60673-1277


Sprint
P.O. Box 8077
London, KY 40742


Starmach Sign Company
12003 S. Richard Avenue
Palos Heights, IL 60463
```

Steven Kahn
946 Winners Cup Court
Naperville, IL 60565


Stuvio Technology
P.O. Box 729
Batavia, IL 60510


Techmate International
23121 Verdugo Dr.
Suite 103
Laguna Hills, CA 92653-1339


The New Haven Companies
4801 Solution Center
Chicago, IL 60677


The Retirement Advantage, Inc.
Dept 5260, P.O. Box 3090
Milwaukee, WI 53201-3090


Tim Schenkel
244 Paradise Parkway
Oswego, IL 60543


Transguard Insurance Co.
707 Wilshire Blvd
Suite 800
Los Angeles, CA 90017-3512


Tribune Interactive
14891 Collections Center Drive
Chicago, IL 60693


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


VanderWoude Appraisal Service
2616 Bern Court
Woodridge, IL 60517


Victory Packaging
P.O. Box 844138
Dallas, TX 75284

```
Volusia Van & Storage
916 South Nova Road
Ormond Beach, FL 32174


WBN Home Design
5536 Satsuma Avenue
North Hollywood, CA 91601


Wells Fargo Financial
P.O. Box 7777
San Francisco, CA 94120


Wells Fargo Financial
P.O. Box 7777
San Francisco, CA
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **Woodridge Holdings, Inc.** Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Woodridge Holdings, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 3, 2012**
Date

**/s/ Joel A. Schechter**
**Joel A. Schechter 3122099**
Signature of Attorney or Litigant
Counsel for **Woodridge Holdings, Inc.**
**Law Offices of Joel A. Schechter**
**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
**312-332-0267 Fax:312-939-4714**
**joelschechter@covad.net**