UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-03905 |
| | ) | |
| WOODRIDGE HOLDINGS, INC. | ) | |
| d/b/a JACKSON MOVING & STORAGE., | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor | ) | Chapter 11 |

## NOTICE OF MOTION

To:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 11th day of June, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling in Courtroom 619 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached motion on the above parties via first class mail, postage prepaid, on the 3rd day of June, 2013, before the hour of 5:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois 60604.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois 60604; (312) 332-0267

Patrick S. Layng, U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

Robert L. Dawidiuk
Megan A. Drefchinski
Collins Law Firm PC
1770 Park St., Suite 200
Naperville, IL 60563

Scott A. Semenek
Faegre Baker Daniels LLP
311 S. Wacker Dr., Suite 4400
Chicago, IL 60606

Dennis D. Ballard
Principal Real Estate Investors, LLC
801 Grand Avenue, Law Dept.
G-34
Des Moines, IA 50392

S. Joseph Brown
Schuyler, Roche & Crisham, P.C.
130 East Randolph Street
Suite 3800
Chicago, IL 60601

David A. Newby
Coman & Anderson, P.C.
650 Warrenville Road
Suite 500
Lisle, IL 60532

ABC Moving & Storage
12 Bockes Road
Hudson, NH 03051

Adan Casillas
1662 Kimberly Lane
Romeoville, IL 60446

Alliance Relocation Services
110 Limestone Plaza
Fayetteville, NY 13066

Andres Bolanos
1653 Howard Ave
Des Plaines, IL 60018

Bob Anderson
5932 Meadow Drive
Lisle, IL 60532

Carlos Galvez
6674 Hedgewood Road
Rockford, IL 61103

Cristobal Ruiz
142 N. Villa Road
Villa Park, IL 60181

First Midwest Bank
24509 W. Lockport St.
Plainfield, IL 60544

First National Bank of Brookfield
9136 Washington Ave
Brookfield, IL 60513

Hassett Commercial Moving/Storage
951 North Main Street
#F
Lombard, IL 60148

Humana, Inc.
P.O. Box 528
Carol Stream, IL 60132-0528

JF Specialties, Inc.
10 S 151 Ramm Drive
Unit 104
Naperville, IL 60564

Lambert Transfer & Storage, Inc.
1102 Fox Trail
P.O. Box 939
Opelika, AL 36801

PB Frontenac Naperville, LLC
P.O. Box 310300
Des Moines, IA 50331-0300


Piepho Moving & Storage
2995 Lone Oak Circle
Suite 7
Eagan, MN 55121-1431

Sirva Agency Services
24277 Network Place
Chicago, IL 60673-1277

The New Haven Companies
4801 Solution Center
Chicago, IL 60677

Tim Schenkel
244 Paradise Parkway
Oswego, IL 60543

Victory Packaging
P.O. Box 844138
Dallas, TX 75284

Wells Fargo Financial
P.O. Box 7777
San Francisco, CA 94120


Wells Fargo Financial Capital Finan
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 12-03905 |
| ) | |
| WOODRIDGE HOLDINGS, INC. ) | |
| d/b/a/ JACKSON MOVING & STORAGE, ) | Honorable Donald R. Cassling |
| ) | |
| Debtor and Debtor-in-Possession. ) | Chapter 11 |

### MOTION OF DEBTOR, WOODRIDGE HOLDINGS, INC., FOR ENTRY OF FINAL DECREE TO CLOSE CHAPTER 11 CASE

Now Comes the Debtor and Debtor-in-Possession, Woodridge Holdings, Inc. ("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in support thereof states as follows:

1. On February 3, 2012, the Debtor filed a voluntary petition pursuant to Chapter 11 of Title 11, United States Code.

2. On March 20, 2012, an order was entered authorizing the Debtor to sell certain assets to Reebie Storage and Moving Company, Inc. consisting of storage pads, storage pallets, storage racking, office equipment, telephone numbers and domain name for the sum of $69,600.00.

3. On April 17, 2012, an order was entered authorizing the Debtor to sell certain trailers and a motor vehicle to NetCorp Trailers, Inc. and Carmax, respectively, for the sum of $119,050.00 and $5,000.00, respectively.

4. On June 19, 2012, an order was entered authorizing the employment of Donald

Dodge to conduct an auction sale of the remaining tangible assets owned by the Debtor. The sale generated net proceeds in the amount of $47,329.78.

5. On October 2, 2012, an order was entered confirming the Debtor's second Chapter 11 plan of liquidation.

6. The confirmed plan provided for the liquidation of all remaining assets which consisted primarily of accounts receivable.

7. The confirmed plan provided for secured debt in favor of First Midwest Bank (Class 1), whose debt was secured by all assets of the Debtor, to be paid in full. The Debtor paid First Midwest Bank in full.

8. The confirmed plan provided for payment in full of the administrative claim of Comdata Network, Inc. in the amount of $13,033.70. Subsequent to payment of the debt owed to First Midwest Bank and the quarterly fees due the U.S. Trustee, there was only $6,719.22 remaining and Comdata Network, Inc. agreed to accept that sum in full payment of its administrative claim.

9. Subsequent to payment in full of the secured claim of First Midwest Bank and Comdata Network, Inc., the confirmed plan provided for distribution to unsecured priority claimants holding wage claims and a claim to the Illinois Department of Employment Security in the aggregate amount of $41,480.29.00 (Class 3); distribution to Allied Van Lines, Inc.(Class 2) in the amount of $82,178.01 and distribution to general unsecured creditors (Class 4) holding claims in the amount of $1,011,347.09, which included an objectionable claim of the landlord in the amount of $608,629.31, to be paid, on a pro rata basis. However, no payments were made to the foregoing classes of creditors.

10.     There are no remaining contested matters pending before this Court and the Debtor requests the Court enter the final decree.

11.     Counsel for the Debtor was paid a pre-petition retainer in the amount of $15,000.00. No motions for compensation and reimbursement of expenses were presented during the course of administration and no funds are available to pay any additional fees and costs.

12.     Notice of this motion has been given to the U.S. Trustee, First Midwest Bank, Allied Van Lines, Inc., Comdata Network, Inc., the twenty largest unsecured creditors and other parties in interest who have requested notice. Since there are no funds available to pay counsel for reimbursement of expenses, the Debtor requests the Court enter an order waiving notice to all creditors.

WHEREFORE, the Debtor, Woodridge Holdings, Inc. prays the Honorable Court enter a final decree closing the Chapter 11 case and for such other and further relief as the Court may deem just and proper.

    Respectfully submitted,

    Woodridge Holdings, Inc., Debtor
    and Debtor-in-Possession

    By: ___Joel A. Schechter___
           Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267